# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

                              Case Number: 04-71688
                              Honorable: Patrick J. Duggan
VS.                              Claim Number: 1999A15436

JACQUELINE WILLIAMS,

        Defendant,
_____/

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal Defendant upon receipt of this document.

                s/Patrick J. Duggan
                Patrick J. Duggan
                United States District Judge

Dated: April 16, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 16, 2009 ,by electronic and/or ordinary mail.

                s/Marilyn Orem
                Case Manager